IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ERICA SHARONNE WILLIAMS,
    Plaintiff,

vs.                                         Case No.: 3:16cv375/MCR/EMT

CITY OF LIVE OAK,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

This matter is before the court upon a Mediation Report filed by Kelly Overstreet Johnson, a Certified Circuit Civil Mediator, which states that a mediation conference was held on September 20, 2016, and the parties amicably resolved this case and executed an Agreement (ECF No. 5). Upon consideration of the Mediation Report, the undersigned recommends that the court dismiss this case from the active docket of the court. The undersigned further recommends that in the event settlement is not consummated for any reason, the court reserve the power to reopen the case for further proceedings upon motion filed by any party within sixty (60) days of the date an order adopting this Report and Recommendation is entered, and upon expiration of sixty days without activity, the clerk close the case in its entirety for all purposes.

Accordingly, it is respectfully **RECOMMENDED**:

1.     That this case be **DISMISSED** from the active docket of the court.

2.     That in the event settlement is not consummated for any reason, the court reserve the power to reopen the case for further proceedings upon motion filed by any party within sixty (60) days of the date an order adopting this Report and

Recommendation is entered, and upon expiration of sixty days without activity, the clerk close the case in its entirety for all purposes.

At Pensacola, Florida, this 21st day of September 2016.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  **Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.**  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.