# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

ERICA SHARONNE WILLIAMS,

    Plaintiff,

v().                             CASE NO. 3:16cv375/MCR/EMT

CITY OF LIVE OAK,

    Defendant.
_____/

## **O R D E R**

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated September 21, 2016. ECF No. 6. The parties have has been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. That this case is **DISMISSED** from the active docket of the court.

3. In the event settlement is not consummated for any reason, the court reserve the power to reopen the case for further proceedings upon motion filed by any party within sixty (60) days of the date this order, and upon expiration of sixty days without activity, the clerk close the case in its entirety for all purposes.

**DONE AND ORDERED** this 21st day of October 2016.

    *s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**